**Order entered January 11, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00390-CV

**PRESTONWOOD TRADITION, LP; TRADITION MANAGEMENT, LLC; PRESTONWOOD TSL, LP; PRESTONWOOD TSL GP, LLC, ET AL., Appellants**

**V.**

**MICHAEL SOLOMON, AS THE CO-EXECUTOR AND REPRESENTATIVE, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-03745-B**

## ORDER

On the Court's own motion, we **REMOVE** this case from submission on January 12, 2021. We **DIRECT** the Clerk to set the case for submission without oral argument on March 2, 2021.

/s/    ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE